AMHERST BUILDERS SUPPLY AND COAL CORPORATION, Appellant, v. EMIL H. BERGENS, ADAM SHABTAC, HERBERT EDWIN ORR, ELLA FRANCES ORR and BUFFALO REALTY ASSOCIATES, INC., Respondents.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

ALBERT R. HATFIELD and MABEL METCALF MERWIN, as Executor, etc., of JAMES H. MERWIN, Deceased, Respondents, v. WILLIAM E. LEWIS, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

EDGAR T. SHEPARD, Respondent, v. DODGE STEEL PULLEY CORPORATION, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

GRANT A. FORBES and Others, Respondents, v. CITY OF JAMESTOWN, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

ALFRED E. FALCK, as Executor, etc., of BARBARA HEPP, Deceased, v. HATTIE HEPP, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

IGNAZ OECHSNER, Appellant, v. LORENZO D. PERRY, Respondent.— Motion for reargument denied, with ten dollars costs. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

WILLIAM K. MOTT, as Trustee in Bankruptcy of MCLOUGHLIN & SAVAGE, INC., Respondent, v. LEE R. REEVES, Appellant.— Motion for leave to appeal to Court of Appeals granted. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

TIMOTHY J. DESMOND and Another, Copartners, Doing Business under the Firm Name and Style of DESMOND FISH COMPANY, Respondents, v. CHARLES LYONS COMPANY, INCORPORATED, Appellant.— Motion for reargument denied. Motion for leave to appeal to Court of Appeals denied. This court, in its discretion, amends the order of affirmance entered May 19, 1926, so as to permit the defendant to allege in the answer as a defense in the action the same facts as are set up in the motion papers in relation to the Statute of Frauds.* Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

In the Matter of the Judicial Settlement of the Account of DARRELL D. SULLY, as Executor, etc., of CATHARINE R. WHITE, Deceased.— Appeal dismissed, without costs, upon stipulation filed, and surety discharged. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

CYRUS EASTERLY, Appellant, v. R. B. MARONEY (First Name Unknown), Respondent.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

ZADA BUTLER, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant. —- Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

---

* See Pers. Prop. Law, § 85, as added by Laws of 1911, chap. 571; *ante*, p. 721.— [REP.